**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
  severett@everettdorey.com
Samantha E. Dorey, SBN 281006
  sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
  clee@everettdorey.com
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Phone: 949-771-9233
Fax: 949-377-3110

**JONES & MAYER**
Kimberly Hall Barlow, Esq., SBN 149902
  khb@jones-mayer.com
Bruce A Lindsay , Esq., SBN 102794
  bal@jones-mayer.com
Monica Choi Arredondo, Esq. SBN 215847
  mca@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant
CITY OF COSTA MESA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SUMMIT COASTAL LIVING, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COSTA MESA, a municipal corporation; and DOES 1-100;<br><br>Defendants. | **Case No. 8:18-cv-01369 JVS (PJWx)**<br><br>*The Hon. James V. Selna*<br><br>**FINAL JUDGMENT** |

# FINAL JUDGMENT

Defendant City of Costa Mesa ("the City") filed its Motion for Summary Judgment ("Motion for Summary Judgment") in the above-captioned matter on February 7, 2020. [Doc. 33]

On May 1, 2020, this Court issued an Order in the City's favor granting its Motion for Summary Judgment as to all of Plaintiff Summit Coastal Living, Inc.'s ("Plaintiff") Claims in its operative Complaint, making findings of fact and conclusions of law. [Doc. 53]

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** judgment be entered in the City's favor on each and all of Plaintiff's Claims, and that Plaintiff take nothing in this action. This Court **FURTHER ORDERS** that the City is the prevailing party entitled to costs under Federal Rule of Civil Procedure 54, taxed in a sum to be determined.

Dated: May 19, 2020          By: _____
                                The Hon. James V. Selna
                                United States District Court